UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRY M NEWKIRK,

    Petitioner,

v.                                     Case No. 3:21cv984-MCR-HTC

SECRETARY FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 5, 2022 (ECF No. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

(2) The clerk of the court for the United States District Court for the Northern District of Florida is directed to enter the following judgment: "The amended petition under 28 U.S.C. § 2254, ECF Doc. 1, is **DISMISSED WITH PREJUDICE** in its entirety."

(3) A certificate of appealability is **DENIED**.

(4) The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 19th day of July 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv984-MCR-HTC